UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SAIA MOTOR FREIGHT LINE INC.,

    Plaintiff,

vs.

JUAN CARLOS ELIZONDO, *et al.*,

    Defendants.

NO. CV-06-5027-RHW

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Stipulation For and Order of Dismissal With Prejudice (Ct. Rec. 29). The parties stipulate and agree that all claims between and against all parties and this lawsuit should be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation For and Order of Dismissal With Prejudice (Ct. Rec. 29) is **GRANTED**.

2. All claims between and against all parties are **DISMISSED** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** this 20th day of August, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\SAIA Motor Freight Line\dismiss.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 1